UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

BEVERLY JENKINS on behalf of ELISA JENKINS ALLEN,

        Plaintiff,

- against -

RELIANT TRANSPORTATION, INC., et al.,

        Defendants.
───────────────────────────────────

21-cv-10324 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court received the plaintiff's letter dated December 16, 2021 (ECF No. 12), in which the plaintiff asked for reconsideration. The application is denied because there is nothing to reconsider. The Court has set a briefing schedule with respect to any motion to dismiss (ECF No. 11). The defendants should file any motion to dismiss by January 7, 2022. The plaintiff should respond by February 11, 2022. The defendants may reply by February 22, 2022. Once the motion is fully briefed, the Court will decide the motion.

    The Clerk is directed to mail a copy of this Order to the plaintiff and to note service on the docket.

**SO ORDERED.**

Dated:    New York, New York
           December 22, 2021

                                              John G. Koeltl
                                     United States District Judge