

Derek M. Zisser | Partner
Direct 516.281.9834 | dzisser@goldbergsegalla.com

February 14, 2022

**VIA SDNY ECF ONLY**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Attn: Hon. John G. Koeltl, U.S.D.J.

> Re: **Jenkins v. Reliant Transportation, Inc., et al.**
> Docket No.: **21-CV-10324**
> GS File No.: **11284.0089**

Dear Honorable Judge Koeltl:

My firm represent Defendant Reliant Transportation, Inc. ("Reliant") in above-captioned action and I write, pursuant to Your Honor's Individual Practices, to respectfully request an adjournment of the Initial Conference currently scheduled for March 17, 2022 due to the undersigned's observance of the Jewish holiday of Purim. This is the first request for such an adjournment and all parties consent to the request.

I have spoken to all parties, including the pro se Plaintiff, and all parties are available for the rescheduled Conference on March 28, 2022. Ms. Jenkins, the pro se Plaintiff, is available that day but that her work schedule made other days difficult.

Thank you for your consideration of this request and please let me know if I can be of any assistance to the Court.

Respectfully submitted,

Derek M. Zisser

DMZ:
CC:
**VIA EMAIL AND FIRST CLASS MAIL**
Ms. Beverly Jenkins
*Plaintiff pro se*
3475-3485 Bivonia Street, Apt 2B
Bronx, New York 10475
anuhorizon@verizon.net

*Handwritten note:* ADJOURNED TO MONDAY, MARCH 28, 2022, AT 10:00AM. SO ORDERED. 2/14/22 /s/ Koeltl USDJ

Please send mail to our scanning center at: PO Box 780, Buffalo NY 14201

OFFICE LOCATION 200 Garden City Plaza, Suite 520, Garden City, NY 11530-3203 | PHONE 516-281-9800 | FAX 516-281-9801 | www.goldbergsegalla.com
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
32446610.v1

*Jenkins v. Reliant Transportation, Inc., et al.*
Docket No.: 21-CV-10324
February 14, 2022
Page 2

**VIA SDNY ECF AND EMAIL**
Ms. S. Singh, Esq.
Assistant Corporation Counsel - New York City Law Department
*Attorneys for Co-Defendants*
shefsing@law.nyc.gov