UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BEVERLY JENKINS on behalf of ELISA JENKINS ALLEN, | 21-cv-10324 (JGK) |
| Plaintiff, | ORDER |
| - against - | |
| RELIANT TRANSPORTATION, INC., et al., | |
| Defendants. | |

---

JOHN G. KOELTL, District Judge:

The conference scheduled for March 28, 2022 is **canceled**. The Clerk is directed to mail a copy of this Order to the plaintiff and to note service on the docket.

**SO ORDERED.**

Dated:  New York, New York
        March 23, 2022

/s/ John G. Koeltl
John G. Koeltl
United States District Judge